JUDGE BATTS

BLANK ROME, LLP
Attorneys for Plaintiff
YASMINE INVESTMENT CORP.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

07 CIV 8492

OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASMINE INVESTMENT CORP.,

Plaintiff,

-against-

JUMBO ENERGY LOGISTICS LIMITED,

Defendant.

---

07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff YASMINE INVESTMENT CORP. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:   New York, New York
         October 1, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
YASMINE INVESTMENT CORP.

By_____
    Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

900200.00001/6578497v.1            1