ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
YASMINE INVESTMENT CORP.,
                    Plaintiff,

                                           07 Civ. 8492 (DAB)
          -against-                        ORDER

JUMBO ENERGY LOGISTICS LTD.,
                    Defendant.
--------------------------------X
DEBORAH A. BATTS, United States District Judge.

     Pursuant to the request of the Plaintiff by letter of April
24, 2008, and pursuant to Rule 20 of the Rules for the Division
of Business among District Judges of the Southern District of New
York which provides that "[a] civil case which, for reasons
beyond the control of the court, can neither be tried nor
otherwise terminated shall be transferred to the suspense docket
. . . .",

     IT IS HEREBY ORDERED THAT the Clerk of Court shall transfer
this case to the suspense docket until and unless the Court
grants a request by the parties to reassign the case to this
Court.

     SO ORDERED.

Dated:    New York, New York
          April 25, 2008

                              _Deborah A. Batts_
                              DEBORAH A. BATTS
                              United States District Judge