# BLANK ROME LLP
COUNSELORS AT LAW

Phone: (212) 885-5270
Fax: (917) 332-3795
Email: TBelknap@BlankRome.com

July 14, 2008

**BY HAND DELIVERY**

Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: Yasmine Investment Corp. v. Jumbo Energy Logistics Limited
S.D.N.Y. No. 07 Civ. 08492 (DAB)
Our Ref. 128373-00601 (AQUAMARINE)

Dear Judge Batts:

We represent plaintiff in the above-referenced matter. This is a maritime attachment action brought pursuant to Rule B of the Supplemental Admiralty Rules. Plaintiff seeks to attach funds as security for claims which are subject to arbitration in London.

By Order dated April 25, 2008, this Court placed this matter on the suspense docket. Since that time, plaintiff has attempted to amicably resolve its claim with the defendant. Regrettably, these efforts have been unsuccessful. In the meantime, the vessel charter in respect of which the disputes arise has now concluded and plaintiff's claim has changed due to intervening circumstances.

In view of the foregoing, plaintiff is today filing an Amended Complaint reflecting this revised claim. Additionally, plaintiff respectfully requests that the Court remove the matter from its suspense calendar and that the Court issue plaintiff's proposed Amended Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment.

RESTORED
GRANTED
/DAB/

**SO ORDERED**

_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
7/23/08

128373.00601/6650341v.1

The Chrysler Building 405 Lexington Avenue New York, NY 10174-0208
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong